UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff,   Building Services 32BJ Health, Pension, Leg

-v-

Defendant.   Pulitura Janitorial Systems Corporation

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08-7032   (BSJ) (HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  09/02/2008

SO ORDERED:

/s/ Barbara S. Jones
United States District Judge